# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00205-01-CR-W-BCW |
| | ) | |
| JARRELL CURNE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On September 6, 2023, the Grand Jury returned a thirty-count Indictment charging Defendant Jarrell Curne with two counts of wire fraud Counts One and Two) and twenty-eight counts of money laundering (Counts Three through Thirty). Additionally, there is a criminal forfeiture allegation.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government: Paul S. Becker and James Kirkpatrick
         Case Agent: Jeff Thomas, IRS Criminal Investigations
         Paralegal:  Bonnie Kaiser
     Defense: Arimeta R. DuPree
         Paralegal: Hannah Knudson

**CERTIFICATE OF COMPLIANCE:**  The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: No outstanding motions

**TRIAL WITNESSES**:
       Government: 12 with stipulations; 24 without stipulations
       Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
       Government: approximately 200 exhibits
       Defendant: approximately 40 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 4 days total**
    Government's case including jury selection: 3 day(s)
    Defendant: 1 day

**STIPULATIONS**: None at this time.

**UNUSUAL QUESTIONS OF LAW:** The Government indicates that some witnesses might assert their 5th Amendment privilege. The Government is prepared to move to compel their testimony and grant them immunity. The Government is preparing a memo on the matter.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #25):

    **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

    Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Motion in Limine: Due no later than fourteen days prior to trial.**

    **Stipulations: Due no later than fourteen days prior to trial.**

    **Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for December 1, 2025.

    Normal jury panel: **Yes**

    **Please note:** The Government requests the second week of the trial. Some of the witnesses will be traveling and the Government is concerned that the Thanksgiving holiday would complicate witness travel.

    **IT IS SO ORDERED.**

                                                              */s/ Lajuana M. Counts*
                                                               Lajuana M. Counts
                                                               United States Magistrate Judge